RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Nevada State Bar No. 14591
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_nemec@fd.org

Attorney for John Wesley Robinson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>John Wesley Robinson,<br><br>          Defendant. | Case No. 2:24-cr-00073-GMN-MDC<br>ORDER<br>**Unopposed Motion to Appear Via Videoconference for Arraignment and Plea** |

Mr. Robinson was initially charged by Complaint.[1] Mr. Robinson made his initial appearance was released on pretrial release by Judge Weksler on March 28, 2024.

The government subsequently indicted Mr. Robinson on the same charges.[2] His initial appearance is currently scheduled for April 26, 2024.

---

[1] ECF No. 1.
[2] ECF No. 12.

As Mr. Robinson lives in California, Mr. Robinson requests permission to appear via video for his initial appearance under Fed. R. Crim. P. 5(g). The government does not oppose Mr. Robinson's request.

DATED: April 24, 2024

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Benjamin F. J. Nemec*

BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Attorney for John Wesley Robinson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:24-cr-00073-GMN-MDC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| John Wesley Robinson, | |
| Defendant. | |

IT IS HEREBY ORDERED that Mr. Robinson shall be allowed to appear via videoconference for his arraignment and plea scheduled for April 26, 2024, at 11:00 am.

DATED this 24th day of April 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3